THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR11-0380-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MARSHALL WILSON, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Marshall Wilson's motion for early termination of supervised release (Dkt. No. 96). Mr. Wilson's supervision terminates today, November 19, 2024. (*See* Dkt. No. 96 at 3.) The Court therefore DENIES Mr. Wilson's motion for early termination of supervised release as moot.

DATED this 19th day of November 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
CR11-0380-JCC
PAGE - 1